IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE VIROPHARMA INCORPORATED<br>SECURITIES LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 12-2714 |

## ORDER

AND NOW, this 15th day of May, 2014, upon consideration of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Motion") (Dkt. No. 41), and the responses thereto, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
_____
C. DARNELL JONES, II,   U.S.D.J.