UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re VIROPHARMA INCORPORATED SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 2:12-cv-02714 |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | LEAD PLAINTIFF'S UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION |

PLEASE TAKE NOTICE that Lead Plaintiff, Carpenters' Local 27 Defined Benefit Trust Fund, on behalf of the Settlement Class, through counsel, will move this Court on October 29, 2015, before the Honorable C. Darnell Jones, II, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for Orders:  (a) granting final approval of the proposed Settlement of the Action; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits and is filing contemporaneously herewith the:  (a) Memorandum of Law in Support of Lead Plaintiff's Uncontested Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (b) Declaration of Jonathan Gardner in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and an Award of Attorneys' Fees and Expenses, dated September 24, 2015, with annexed exhibits.

Proposed Orders will be submitted with Lead Plaintiff's reply submission on or before October 22, 2015.

Pursuant to Local Rule 7.1(b), I certify that this motion is uncontested.


DATED:  September 24, 2015                     Respectfully submitted,

                                               LABATON SUCHAROW LLP


                                                     /s/Jonathan Gardner
                                               JONATHAN GARDNER

                                               JONATHAN GARDNER
                                               CAROL C. VILLEGAS
                                               140 Broadway, 34th Floor
                                               New York, NY  10005
                                               Telephone:  212/907-0700
                                               212/818-0477 (fax)
                                               Email:  jgardner@labaton.com
                                               Email:  cvillegas@labaton.com

*Attorneys for Lead Plaintiff Carpenters' Local 27 Defined Benefit Trust Fund*

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
DAVID W. MITCHELL
CHRISTOPHER D. STEWART
LONNIE A. BROWNE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  davidm@rgrdlaw.com
Email:  cstewart@rgrdlaw.com
Email:  lbrowne@rgrdlaw.com

*Additional Plaintiff's Counsel*

GOLDMAN SCARLATO & PENNY, P.C.
PAUL J. SCARLATO (47155)
BRIAN D. PENNY (86805)
101 East Lancaster Avenue, Suite 204
Wayne, PA  19087
Telephone:  484/342-0700
484/580-8729 (fax)
Email:  scarlato@gskplaw.com
Email:  penny@gskplaw.com

*Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I caused the foregoing Lead Plaintiff's Uncontested Motion for Final Approval of Class Action Settlement and Plan of Allocation to be served electronically on all ECF participants.

/s/ *Jonathan Gardner*<br>Jonathan Gardner

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**CAROLE A. BRODERICK**
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365