# Exhibit 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re VIROPHARMA INCORPORATED SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) ) | Civil Action No. 2:12-cv-02714 <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF CARPENTERS' LOCAL 27 DEFINED BENEFIT TRUST FUND IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND OTHER RELIEF**

I, Walter Tracogna, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Board of Trustees of Carpenters' Local 27 Defined Benefit Trust Fund ("Carpenters" or "the Fund"). Carpenters is a pension fund organized for the benefit of active and retired members of Local 27. Carpenters manages more than $400 million in assets on behalf of more than 9,000 beneficiaries.

2. I respectfully submit this declaration in support of final approval of the proposed settlement of this action (the "Settlement"), Lead Counsel's application for attorneys' fees and payment of expenses. I have personal knowledge of the matters testified to herein.

3. By order dated August 10, 2012, the Court appointed Carpenters as the lead plaintiff in the action and Labaton Sucharow LLP as Lead Counsel.

4. At all times during this litigation, Carpenters has endeavored to fully discharge its obligations as Lead Plaintiff. To that end, Carpenters has, to date: (a) engaged in numerous meetings and conferences with counsel; (b) participated in the litigation and provided input into the prosecution of the claims; (c) stayed fully informed regarding case developments and procedural status; (d) reviewed pleadings and motions filed in the action, including those related to the adequacy of the complaint and discovery; (e) monitored the progress of discovery; (f) provided input regarding litigation and settlement strategy; and (g) monitored and participated in settlement discussions and approved of the Settlement with the defendants.

5. Based on its involvement throughout the prosecution and resolution of the claims against the defendants, Carpenters believes that the proposed Settlement is fair, reasonable and adequate to the Settlement Class. Carpenters also believes that the proposed Settlement represents a favorable recovery, in view of estimated damages and particularly in light of the substantial risks of continued litigation of the claims. Therefore, Carpenters endorses approval of the Settlement by the Court.

6. Carpenters also believes that Lead Counsel's request, on behalf of all plaintiffs' counsel that contributed to the prosecution of the action, for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable under the particular circumstances of this case. Carpenters has evaluated the fee request by considering the amount and quality of the work performed and by considering the recovery obtained for the Settlement Class. It further believes that the litigation expenses being requested are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims. Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient

cost, Carpenters fully supports Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21 day of September, 2015.

_____
*Board of Trustees, Carpenters' Local 27*
*Defined Benefit Trust Fund*