UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re VIROPHARMA INCORPORATED SECURITIES LITIGATION | ) ) ) | Civil Action No. 2:12-cv-02714 |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND |
| ALL ACTIONS. | ) ) | EXPENSES |
| | ) | |

PLEASE TAKE NOTICE that Lead Counsel, Labaton Sucharow LLP, on behalf of Plaintiff's Counsel, will move this Court on October 29, 2015, before the Honorable C. Darnell Jones, II, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure for an Order:  (a) awarding attorneys' fees; and (b) paying litigation expenses incurred in prosecuting the Action.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing contemporaneously herewith the:  (a) Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; and (b) Declaration of Jonathan Gardner in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and an Award of Attorneys' Fees and Expenses, dated September 24, 2015, with annexed exhibits.

A Proposed Order will be submitted with Lead Counsel's reply submission on or before October 22, 2015.

Pursuant to Local Rule 7.1(b), I certify that Defendants take no position on the motion.

DATED:  September 24, 2015

Respectfully submitted,

LABATON SUCHAROW LLP

*/s/Jonathan Gardner*
JONATHAN GARDNER

JONATHAN GARDNER
CAROL C. VILLEGAS
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
Email:  jgardner@labaton.com
Email:  cvillegas@labaton.com

*Attorneys for Lead Plaintiff Carpenters' Local 27 Defined Benefit Trust Fund*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
CHRISTOPHER D. STEWART
LONNIE A. BROWNE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  davidm@rgrdlaw.com
Email:  cstewart@rgrdlaw.com
Email:  lbrowne@rgrdlaw.com

*Additional Plaintiff's Counsel*

GOLDMAN SCARLATO & PENNY, P.C.
PAUL J. SCARLATO (47155)
BRIAN D. PENNY (86805)
101 East Lancaster Avenue, Suite 204
Wayne, PA  19087
Telephone:  484/342-0700
484/580-8729 (fax)
Email:  scarlato@gskplaw.com
Email:  penny@gskplaw.com

*Liaison Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I caused the foregoing Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses to be served electronically on all ECF participants.

/s/ *Jonathan Gardner*
Jonathan Gardner

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**CAROLE A. BRODERICK**
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365