IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE VIROPHARMA INC. SECURITIES LITIGATION | : : : : : | CIVIL ACTION NO. 12-2714 |

# ORDER

AND NOW, this 1st day of December, 2015, it is hereby ORDERED that a HEARING on Lead Plaintiff, Carpenters' Local 27 Defined Benefit Trust Fund's Motion for Settlement, (Dkt No. 91), and Motion for Attorneys' Fees, (Dkt No. 92), will be held on December 17, 2015 at 10:00AM EST.[1]  Counsel shall contact Chambers the morning of the Hearing to ascertain the assigned courtroom.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.

---

[1] The Court notes that the pleadings and record are robust as to both Motions, however, pursuant to the formalities of Fed. R. Civ. P. 23(e)(2), the Court will hold a hearing to permit all parties to make final statements regarding the pending Motions prior to the Court issuing its rulings.